MN, ND-305
(5/94)

Ming 4-12-11
KLH

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Sylvester Bobray

Chapter 7 Case No. 08-43152

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | 3A | 19.20 | 1.43 |

Dated: April __, 2011

_____
Randall L. Seaver, Trustee

RECEIVED
11 APR 12 AM 9:18
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Bobray\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

April 11, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Sylvester Bobray
      BKY No. 08-43152

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $1.43 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

RECEIVED 11 APR 12 AM 9:18 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Bobray\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd